UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| U.S. ex rel. TERRY D. MCLAIN and J. LEN HODGES | Civil Action No. 06-11229 c/w 09-4191<br>*Pertains to 09-4191* |
| v. | |
| FLUOR ENTERPRISES, INC., SHAW ENVIRONMENTAL, INC., and CH2M HILL CONSTRUCTORS, INC. | SECTION "C" (3) |

## ORDER AND REASONS

Before the Court are motions to strike portions of the Fourth Amended Complaint of relators Thomas Warder, Gary Keyser, and Elizabeth Reeves (collectively, "the Warder relators"), filed by defendants Fluor Enterprises, Inc., Shaw Environmental, Inc., and CH2M Hill Constructors, Inc. Rec. Docs. 214, 219, & 222. The defendants move the Court to strike allegations of the complaint that relate to claims that the Court dismissed from the case in its September 3, 2013 Order and Reasons. Rec. Doc. 203. However, in light of rulings on defendants' more recent motions to dismiss, this motion to strike is MOOT.

Accordingly,

IT IS ORDERED that defendants' Motions to Strike Portions of the Warder Relator's Fourth Amended Complaint are DENIED AS MOOT. Rec. Docs. 214, 219, & 222.

IT IS FURTHER ORDERED that the Warder relators amend their Fourth Amended Complaint in light of the Court's orders dated September 3, 2013 and November 12, 2013. Rec. Docs. 203 & 255.

New Orleans, Louisiana, this 12th day of November, 2013

**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**